# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146467 & (27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 146467
                                              COA: 310458
                                              Shiawassee CC: 07-005024-FC

DAVID G. STUCKEY,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 30, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



                                          Clerk

p0722